ACCEPTED
01-14-00463-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 9:29:31 AM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
## FIRST JUDICIAL DISTRICT
## AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/26/2015 9:29:31 AM

CHRISTOPHER A. PRINE
Clerk

### NO. 01-14-00463-CV

## In re Houston Progressive Radiology Associates, PLLC, Rodolfo L. Garcia, and Brandon C. Stroh

### and

### NO. 01-14-00467-CV

## Houston Progressive Radiology Associates, PLLC, et al.

### v.

## Stephen B. Lee, M.D., P.A. et al.

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective Thursday June 25, 2015, the suite number for Brian M. Keller, State Bar No. 00784376, has changed and he requests that service of notices and all other documents be made upon him at:

**KELLER & ASSOCIATES, P.C.**
2500 West Loop South, Suite 308
Houston, TX 77027
281.853.9456 Phone
713.600.5804 Facsimile
*bkeller@kellerattorneys.com*

Respectfully submitted,

**KELLER & ASSOCIATES, P.C.**

By:/s/ *Brian M. Keller*
_____

Brian M. Keller
State Bar No. 00784376
2500 West Loop South, Suite 300
Houston, TX 77027
281.853.9456 Phone
713.600.5804 Facsimile
*bkeller@kellerattorneys.com*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to all counsel of record June 26, 2015.

*Via E-Filing:*
Mr. Jeffrey Potts
Mr. Larry Veselka
Mr. Jarod Stewart
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Suite 2300
Houston, Texas 77002
jpotts@skv.com
lveselka@skv.com
jstewart@skv.com

*Via E-Filing:*
Patrick R. Cowlishaw
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
pcowlishaw@jw.com

*Via E-Filing:*
Mr. Paul D. Clote
Law Office of Paul D. Clote
Four Houston Center
1221 Lamar St., Suite 1090
Houston, Texas 77010-3038

*Via E-Filing:*
Fields Alexander
Beck Redden LLP
1221 McKinney Street, Ste. 4500
Houston, Texas 77010
falexander@beckredden.com

*/s/ Brian M. Keller*
_____
Brian M. Keller